608

Keene District Court
No. 7195

STATE OF NEW HAMPSHIRE

v.

MORTON WHIPPIE

October 31, 1975

*Warren B. Rudman,* attorney general, and *Robert V. Johnson II,* assistant attorney general *(Mr. Johnson* orally), for the State.

*Bell & Kennedy* and *Joyce A. Wilder (Mr. Ernest L. Bell III* orally) for the defendant.

MEMORANDUM OPINION

Defendant was prosecuted in the Keene District Court for the offense of driving while under the influence of intoxicating liquor by the arresting officer, a State trooper. Defendant's motion that the arresting officer be disqualified as prosecutor was denied by the Acting Justice, *Lichman,* J., who reserved and transferred the defendant's exception.

The same issue was determined adversely to the defendant in *State v. Aberizk,* 115 N.H. 535, 345 A.2d 407 (1975); *State v. LaPalme,* 104 N.H. 97, 179 A.2d 284 (1962); *see State v. Urban,* 98 N.H. 346, 100 A.2d 897 (1953).

*Exception overruled; remanded.*